## L. O. WOOD *versus* EDWARD HILL.

A writ made returnable upon a day out of term, is void, and cannot be amended.

THE writ in this case was made returnable on the first Tuesday of August, 1829, when it should have been made returnable on the third Tuesday of August.

*Peabody*, for the plaintiff, moved for leave to amend the writ, and make it returnable on the third Tuesday of August.

*Boardman*, for the defendant.

*By the court.* It seems to be well settled, that a writ made returnable on a day out of term is void. 1 Strange, 399, *Mills* v. *Bond* ; 2 L'd Raymond, 722, *Green* v. *Rivet* ; 5 Mass. Rep. 100, *Bullard* v. *Nantucket Bank* ; 4 Johns. 309, *Burk* v. *Barnard* ; 2 Johns. Rep. 190, *Bunn* v. *Thomas* ; 2 W. Bl. 845 ; 3 Wilson, 341.

A void writ cannot be amended.

*Writ abated.*